UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:98-cr-31-FtM-38DNF

JAIME GARCIA
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on Defendant Jaime Garcia's Motion for a Sentence Modification under 18 U.S.C. § 3582(c)(2) as Authorized by Guidelines Amendment 782 filed on May 20, 2016.  (Doc. #86).  Effective November 1, 2014, Amendment 782 of the United States Sentencing Guidelines retroactively revised the sentencing guidelines applicable to certain drug trafficking offenses.  Because of Amendment 782, the Court issued *Omnibus Order in Re: Amendment 782, United States Sentencing Guidelines*, No. 6:14-mc-78-Orl-22, that authorizes the Office of the Federal Defender ("FPD") to represent defendants "who were sentenced in this district, whose sentencing guidelines were calculated under USSG § 2D1.1, and for whom relief under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10 may be warranted."  Omnibus Order at 1.

Pursuant to the procedures set forth in the Omnibus Order, the United States Probation prepares an Amendment 782 Memorandum detailing the eligibility of such defendants to receive a sentence reduction.  *Id.*  Upon receipt of an Amendment 782

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Memorandum, the FPD must inform the Court if a conflict prevents the Office from representing the defendant, and in the absence of a conflict, "evaluate the defendant's edibility." *Id.* at 2. If the FPD "determines that a defendant is not eligible for relief, it shall so inform the defendant and take such steps as it deems necessary to comply with the applicable rules of professional conduct." *Id.*

In this case, the Court appointed the FPD to represent Defendant on May 23, 2016. (Doc. #87). Approximately one week later, the Probation Office issued the Amendment 782 Memorandum. (Doc. #88). To date, however, the FPD has neither entered a notice of appearance nor notified the Court of its compliance with the Amendment 782 Omnibus Order.

Accordingly, it is now **ORDERED**:

(1) The Federal Public Defender is **DIRECTED** to file a notice of appearance on or before **July 11, 2016**.

(2) Defendant Jaime Garcia's Motion for a Sentence Modification under 18 U.S.C. § 3582(c)(2) as Authorized by Guidelines Amendment 782 (Doc. #86) is **TAKEN UNDER ADVISEMENT** pending the FPD's compliance with the Amendment 782 Omnibus Order.

**DONE AND ORDERED** at Fort Myers, Florida, this June 27, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Office of Federal Defender
Counsel of Record